## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyon Financial Services, Inc. a Minnesota corporation, doing business as USBancorp Business Equipment Finance Group, with its principal offices at Marshall, Minnesota,<br><br>        Plaintiff,<br>vs.<br><br>Shyam L. Dahiya, M.D., Inc., a California corporation and Shyam L. Dahiya, individually,<br><br>        Defendants. | Case File No. 09-CV-05523 (DWK/JJK)<br><br><br><br><br><br>**STIPULATION** |

Counsel for the above-referenced parties hereby agree and stipulate as follows:

1) The Court's current scheduling order provides that the parties shall have until February 1, 2009, to make a motion to add parties.

2) Defendants alleged that Syneron, Inc. is liable, in whole or in part, for any and all damages they owes or may owe to Plaintiff.

3) The parties want to avoid having to make a motion to add additional parties to this action.

4) Therefore, it is stipulated that parties may be added in this matter until March 1, 2009, without motion.

5) The parties, through their undersigned counsel respectfully request that the Court issue an order in conformance with this stipulation.

2

Dated:  January 28, 2009　　　　　　　　　　LYON FINANCIAL SERVICES, INC., d/b/a
　　　　　　　　　　　　　　　　　　　　　　US BANCORP BUSINESS EQUIPMENT
　　　　　　　　　　　　　　　　　　　　　　FINANCE GROUP

　　　　　　　　　　　　　　　　　　　　　　/s/ Troy C. Kepler
　　　　　　　　　　　　　　　　　　　　　　John D. Docken (#171116)
　　　　　　　　　　　　　　　　　　　　　　Troy C. Kepler, (#0295127)
　　　　　　　　　　　　　　　　　　　　　　US Bancorp Business Equipment Finance
　　　　　　　　　　　　　　　　　　　　　　1310 Madrid Street
　　　　　　　　　　　　　　　　　　　　　　Marshall, MN 56258
　　　　　　　　　　　　　　　　　　　　　　Telephone: (507) 532-7708
　　　　　　　　　　　　　　　　　　　　　　Fax: (507) 532-7729

　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF


　　　　　　　　　　　　　　　　　　　　　　THE OLIVER LAW GROUP, PLC

Date: January 28, 2009　　　　　　　　　　　By: /s/ Karl A. Oliver
　　　　　　　　　　　　　　　　　　　　　　Karl A. Oliver (#0269852)
　　　　　　　　　　　　　　　　　　　　　　1935 West County Road B2
　　　　　　　　　　　　　　　　　　　　　　Saint Paul, Minnesota 55113
　　　　　　　　　　　　　　　　　　　　　　Telephone (651) 636-7960
　　　　　　　　　　　　　　　　　　　　　　Facsimile  (651) 631-8251
　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR**
　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**