UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lyon Financial Services, Inc., a
Minnesota corporation, doing business
as USBancorp Business Equipment
Finance Group, with its principal
offices at Marshall, Minnesota,

        Plaintiff,

vs.

Shyam L. Dahiya, M.D., Inc., a
California corporation and Shyam L.
Dahiya, individually,

        Defendants,

and

Shyam L. Dahiya, M.D., Inc., a
California corporation and Shyam L.
Dahiya, individually,

        Third-Party Plaintiff,

vs.

Syneron, Inc.,

Third-Party Defendant

Court File No. 08-CV-05523 (DWF/JJK)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 21, 2009, I caused the following document:

**PLAINTIFF'S STATEMENT REGARDING THIRD-PARTY DEFENDANT SYNERON'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT**

(Document No. 21) to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

3

Cynthia A Moyer    cmoyer@fredlaw.com

Karl A Oliver    drewmn1@msn.com

Sarah C S McLaren    smclaren@fredlaw.com

Dated: July 21, 2009                             **LYON FINANCIAL SERVICES, INC. D/B/A USBANCORP BUSINESS EQUIPMENT FINANCE GROUP**

BY: /s/ **Troy C. Kepler**
    John D. Docken
    Troy C. Kepler
    Attorneys for Plaintiff
    1310 Madrid Street
    Marshall, MN 56258
    Telephone: (507) 532-7160
    Facsimile: (507) 532-7729
    Attorney Reg. No: 0295127