# T̲H̲E̲ O̲L̲I̲V̲E̲R̲ G̲R̲O̲U̲P̲, PLC

**P**ROFFESIONAL **A**SSOCIATION
ATTORNEYS-AT-LAW
**415 W**INSOR **O**FFICE **P**LAZA
**1935 W**EST **C**OUNTY **R**OAD **B2**
**S**AINT **P**AUL, **M**INNESOTA **55113**
**T**ELEPHONE  (651) 636-7960
**F**ACSIMILE   (651) 631-8251

September 23, 2009

Hon. Donovan W. Frank
United States District Court Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101


Re:    *Lyon Financial Services, Inc., et al. vs. Shyam L. Dahiya et al.*
       United States District Court for the District of Minnesota
       Court File No. 08-CV-05523

Dear Judge Frank:

My clients, Shyam L. Dahiya and Shyam L. Dahiya, MD., Inc., are submitting an offer to Syneron, Inc. to have this matter submitted for summary judgment in Minnesota in large part to save cost and expense. If that is not agreeable to Syneron, Inc., my client would be likely inclined to agree to a transfer of the venue to Illinois as advocated by Syneron, Inc. at the Motion to Dismiss hearing. Therefore, I request that the Court delay an issuance of an order. If Syneron, Inc. does not accept our proposal, I will notify the Court.

Very truly yours,

/s/ Karl A. Oliver
KARL A. OLIVER
KAO/mlm