

September 24, 2009

**VIA ECF**

The Hon. Donovan W. Frank
United States District Judge
316 N. Robert Street
St. Paul, MN 55101

Re:   *Lyon Financial Services, Inc. v. Shyam L. Dahiya, et al.*, Court File No. 08-CV-5523
      (DWF/JJK)

Dear Judge Frank:

I write to inform the Court that Third-Party Defendant Syneron, Inc. has declined Third-Party Plaintiffs' offer to have Third-Party Plaintiffs' claims against Syneron decided in Minnesota.

Respectfully yours,

s/Sarah C.S. McLaren

Sarah C.S. McLaren
*Attorney*
**Direct Dial:** 612.492.7285
**Email:** smclaren@fredlaw.com

cc: Karl A. Oliver, Counsel for Third-Party Plaintiffs (via ECF)

SCM:SCM
059667.0002-4624722_1.DOC

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000 / 200 South Sixth Street, Suite 4000
fax  612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Monterrey, Mexico / Shanghai