

November 17, 2009

**VIA ECF**

The Honorable Donovan W. Frank
United States District Judge
316 North Robert Street
St. Paul, MN   55101

Re:   *Lyon Financial Services, Inc. v. Shyam L. Dahiya, et al.*,
       Court File No. 08-CV-5523 (DWF/JJK)

Dear Judge Frank:

We write in response to Third-Party Plaintiffs' letter to this Court dated November 3, 2009 (Docket No. 32).  Pursuant to its Motion to Dismiss (Docket No. 12), Syneron's position remains that it is entitled to dismissal of the Third-Party Complaint.  However, should this Court be inclined to transfer this dispute, Syneron agrees that transfer to the United States District Court for the Northern District of Illinois would be appropriate pursuant to the contract between Third-Party Plaintiffs and Syneron.

Respectfully yours,

s/Sarah C.S. McLaren

Sarah C.S. McLaren
*Attorney*
**Direct Dial:** 612.492.7285
**Email:** smclaren@fredlaw.com

SCSM:lea
cc:   Karl A. Oliver, Counsel for Third-Party Plaintiffs (via ECF)
      John D. Docken, Counsel for Plaintiff Lyon Financial Services, Inc. (via ECF)
      Troy C. Kepler, Counsel for Plaintiff Lyon Financial Services, Inc. (via ECF)

4651638_1-059667.0002

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000 / 200 South Sixth Street, Suite 4000
fax  612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES
*A Worldwide Network of Professional Service Providers* / Minneapolis / Bismarck / Des Moines / Monterrey, Mexico / Shanghai