# THE OLIVER GROUP, PLC

**PROFFESIONAL ASSOCIATION**
**ATTORNEYS-AT-LAW**
**415 WINSOR OFFICE PLAZA**
**1935 WEST COUNTY ROAD B2**
**SAINT PAUL, MINNESOTA 55113**
**TELEPHONE (651) 636-7960**
**FACSIMILE (651) 631-8251**

March 16, 2010

Hon. Donovan W. Frank
United States District Court Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re:   *Lyon Financial Services, Inc., et al. vs. Shyam L. Dahiya et al.*
      United States District Court for the District of Minnesota
      Court File No. 08-CV-05523

Dear Judge Frank:

Originally, my client sought a jury trial in this matter. After considering the circumstances and the additional time and expense associated with a jury trial, my client has decided to waive a jury trial and to now request a trial by the Court in this matter. The Plaintiff has not requested a jury trial.

I discussed having a trial by the court rather than a jury trial with counsel for Lyon Financial and its counsel has no objections to a trial by the court.

Very truly yours,


/s/ Karl A. Oliver
Karl A. Oliver
KAO/mlm

cc:   Troy Keppler, Esq.