## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LYON FINANCIAL SERVICES, INC., a
Minnesota corporation, doing business as
U.S. BANCORP BUSINESS
EQUIPMENT FINANCE GROUP, with
its principal offices at Marshall,
Minnesota,

               Plaintiff,

vs.

SHYAM L. DAHIYA, M.D., INC. and
SHYAM L. DAHIYA individually,

               Defendants.

CASE FILE NO:  08-CV-05523
(DWF/JJK)


**PLAINTIFF'S EXHIBIT LIST**

Pursuant to the Court's Order of February 18, 2010, Plaintiff Lyon Financial Services,

Inc. d/b/a U.S. Bancorp Business Equipment Finance Group ("Lyon Financial") respectfully

submits the attached trial exhibit list.


Dated:  March 19, 2010

**LYON FINANCIAL SERVICES, INC.,
d/b/a US BANCORP MANIFEST
FUNDING SERVICES**

**s/ Troy C. Kepler**
John D. Docken (#171116)
Troy C. Kepler, (#0295127)
US Bancorp Business Equipment Finance
Group
1310 Madrid Street
Marshall, MN 56258
Telephone: (507) 532-7708
Fax: (507) 532-7729
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Lyon Financial Services, Inc.
d/b/a US Bancorp Business
Equipment Finance Group

**PLAINTIFF'S EXHIBIT LIST**

v.

Shyam L. Dahiya, Inc.,
a California corporation, and
Shyam D. Dahiya, individually.

Case Number: 08-CV-05523 DWF/JJK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Donovan W. Frank | Troy C. Kepler | Karl Oliver |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 5, 2010 | | |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | DEF's OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | | | | | E-Z Lease Agreement 500-0089050-000 | |
| 2 | | | | | Invoice for Purchase of Equipment from Syneron | |
| 3 | | | | | Check from Lyon Financial to Syneron, Inc. | |
| 4 | | | | | Defendant's Payment History on E-Z Lease 500-0089050-000 | |
| 5 | | | | | Prayer for Damages Worksheet | |
| 6 | | | | | Sales Agreement between Syneron and Defendants | |
| 7 | | | | | Syneron, Inc. Quotation | |
| 8 | | | | | Any exhibits necessary for impeachment or rebuttal | |
| 9 | | | | | Plaintiffs reserve the right to add additional witnesses depending on Defendant's witness and exhibit designations | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |